The People of the State of New York, Respondent, v. Richard Hopkins, Appellant.— Conviction of the defendant of the crime of statutory rape. The evidence sustains the verdict. Judgment of conviction unanimously affirmed. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.